UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Eduardo Andre Ely

                                                        Plaintiff,

v.                                                        Case No.:
                                                        1:25−cv−03988

                                                        Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for jurisdictional discovery [43] is denied. Generally, a plaintiff must be able to establish a colorable or prima facie showing of personal jurisdiction before discovery should be permitted. See In re Sheehan, 48 F.4th 513, 526 (7th Cir. 2022) (cleaned up); HAMANN GmbH v. The Individuals, 21−cv−3591, Dkt. 53 ("The Court finds the sum of these presentations sufficient to establish a prima facie showing of personal jurisdiction. Therefore, limited jurisdictional discovery is warranted.") Here, a motion to dismiss for lack of jurisdiction is pending and the court elects to decide the jurisdictional question first because it does not appear that even a prima facie showing has been made. Plaintiff's response to the motion to dismiss is now due by June 2, 2025. The moving Defendants' reply is now due by June 9, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.