IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ANDRE ELY, | |
| Plaintiff, | Case No.: 1:25-cv-03988 |
| v. | Judge Lindsay C. Jenkins |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 12 | xiaowangxinneng |
| 19 | BIG Aiseo |
| 22 | Custom Art Gift |
| 23 | Essence Prime Summer |
| 24 | Chic Sustainable |
| 25 | TCMZP |
| 26 | BIG Wards |
| 30 | Fantasy Art Studio |
| 35 | CHR Online |
| 38 | Uni Clothes |
| 39 | FHNMY |
| 40 | Full House i local |
| 42 | felebozz |
| 43 | AKKKSHOP |
| 44 | Nonsense Apparel |
| 45 | Harsea |
| 46 | Lianaa |

| | |
|---|---|
| 48 | Zhengyibin local |
| 49 | COOMUG |
| 50 | qiaofa |
| 52 | Zolaney |
| 54 | osborn s shop |
| 55 | NEWXXTSHIRT |
| 57 | Love Custom UMI |
| 59 | Vivid Vibes Tees |
| 61 | Tang Chenpin |
| 63 | AMBBQ |
| 64 | BKLNJ |
| 67 | JRCHICYEA |
| 68 | man eight |
| 72 | CWWWSHOP |
| 73 | Easy HB |
| 74 | Shallalala T shirt |
| 77 | CHEERFUL GIRLS |
| 84 | Rogue Attire |
| 86 | Qyichen |
| 92 | MTH Shop |
| 101 | G F D |
| 103 | X G P |
| 104 | ECCCSHOP |
| 108 | WYFO |
| 109 | CHO Online |
| 110 | Cozy Nest TXH |
| 113 | Princess Showcase |
| 116 | Purely Comforts |
| 117 | AATBR |
| 118 | MZ A |
| 121 | Xinxin Womens Clothing |
| 123 | NOZ STYLE I |
| 125 | BYOUGUO |
| 139 | TTMUG |
| 140 | DIYTREE Funny Gift |
| 141 | Printmaking art |
| 142 | TRMUG |

DATED: June 2, 2025 Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 2, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

        */s/ Keith A. Vogt*
        Keith A. Vogt