# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EDUARDO ANDRE ELY,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-03988

Judge Lindsay C. Jenkins

Magistrate Judge Young B. Kim

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 11, 2025 [63] in favor of

Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge

payment of an agreed upon damages amount, costs, and interest and desires to release this judgment

and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 17 | Lin DyH |
| 18 | Gorilla Footwear |
| 28 | Slight colds |
| 29 | New sailing C |
| 31 | Unstd C |
| 32 | Autumn begins |
| 33 | Grey Cedars |
| 58 | Purple Maple Leafs |
| 76 | citys shops |
| 80 | Cozy Closets |
| 81 | Orange Maple Leafs |
| 85 | Jovial Attire |
| 87 | Elegante Edge |
| 88 | Insects awakens |
| 90 | Gents Gallery |
| 91 | Apex Fashions |

| | |
|---|---|
| 107 | Sartorial Sanctuary |
| 111 | Sea mens clothing |
| 112 | ZhangSan Mens wear |
| 114 | Fusion Lifestyle |
| 115 | CooMan |
| 120 | Hip Hop Closets |
| 122 | Baoli Youbao clothing |
| 131 | NexPulse Wear |
| 132 | LUXE PLUS |
| 133 | Edge Apparel |
| 134 | SASSY CHIC |
| 135 | EASY RIDER WEAR |
| 136 | AJ Fashion |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: February 11, 2026

Respectfully submitted,

_____
/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A.Vogt, on this 11 day of February, 2026.
Given under by hand and notarial seal.



NOTARY PUBLIC

STATE OF  Illinois

COUNTY OF  Cook

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026